Patricia DAVIS–JACKSON, Appellant,

v.

Jeff FEDERICCI, Owner of Bucaneer Properties; Diana Ritter, Resident Manager, Village Square Apts., Appellees.

No. 07–3618.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 16, 2008.

Filed: Jan. 9, 2009.

1. The Honorable Stephen N. Limbaugh, Sr., United States District Judge for the Eastern

Before MURPHY, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Patricia Davis–Jackson appeals the district court's [1] adverse grant of summary judgment in her pro se action alleging housing discrimination. After careful de novo review, *see Ramlet v. E.F. Johnson Co.,* 507 F.3d 1149, 1152 (8th Cir.2007) (standard of review), we modify the judgment to be without prejudice as to any state-law claim Davis–Jackson was asserting in her complaint, *cf. Labickas v. Ark. State Univ.,* 78 F.3d 333, 334–35 (8th Cir. 1996) (per curiam) (following dismissal of federal claims, district court may dismiss state-law claims without prejudice), and we affirm the judgment as modified, *see* 8th Cir. R. 47B. Appellees' pending motion is denied.

District of Missouri, now retired.